AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

AUG − 5 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Trequan M. Smith | ) | 4:21-mj- 82 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 30, 2021 and August 1, 2021___ in the county of ___Newport News and Hampton___ in the

___Eastern___ District of ___Virginia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(a)(2)(C) | witness tampering by force and threat of physical force |
| 18 U.S.C. § 1503 | obstruction of justice |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

_D. Mack Coleman_

_____
*Complainant's signature*

Nishith Bhatnagar, Special Agent, NCIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___08/05/2021___

_____
*Judge's signature*

City and state: ___Norfolk, Virginia___

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*